**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KIEL BRENDAN BRANDT, | : | Civil No. 3:26-cv-96 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| JOSHUA MOYER, | : | |
| Defendant | : | |

## ORDER

**AND NOW**, this _30 th_ day of June, 2026, upon consideration of Defendant's

motion to dismiss (Doc. 29), and for the reasons set forth in the accompanying

Memorandum, **IT IS HEREBY ORDERED THAT**:

1.  The motion (Doc. 29) is treated as a motion for summary judgment with respect to exhaustion of administrative remedies and is **GRANTED**. The Clerk of Court is directed to **ENTER** judgment in favor of Defendant, and against Plaintiff.

2.  The motion (Doc. 29) to dismiss the *Bivens* claim is **GRANTED**.

3.  The remaining pending motions (Docs. 2, 21, 24, 33, 37) are **DISMISSED** as moot.

4.  The Clerk of Court is directed to **CLOSE** this case.

5.  Any appeal from this Order is **DEEMED** frivolous and not in good faith.  *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge